James RIFFLE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28457.

Court of Criminal Appeals of Texas.

June 30, 1956.

No appearance for appellant.

Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for the sale of intoxicating liquor in a dry area; the punishment, a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.